# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LOUGINO DELVON MOORE<br><br>      Defendant. | Case No.: CR 07-370-FFM<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ~~Central District of California~~ Central District of California for alleged violation(s) of the terms and conditions of ~~his~~/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. [X] The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on FAILURE TO APPEAR FOR DMV COURT

and/or

B.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: DEFENDANT CHARGED WITH FIREARM OFFENSES

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 17, 2009

JENNIFER T. LUM
UNITES STATES MAGISTRATE JUDGE